if plaintiffs are without knowledge as to any of the particulars demanded they shall so state under oath in lieu of giving such particulars, and as so modified affirmed; order entered September 22, 1939, unanimously affirmed; with ten dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MAURICE MAUGER and MARCEL COUTANT, as Receivers and Trustees of the Property, Assets and Affairs of SOCIETE PATHE CINEMA, S. A., Respondents, v. HAROLD AUTEN, Appellant.— Order entered December 2, 1939, unanimously affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

AMERICAN AIRWAYS, INC., and THE ÆTNA CASUALTY AND SURETY COMPANY, Respondents, v. FORD MOTOR COMPANY, Appellant.— Judgment modified by reducing the judgment in favor of the Ætna Casualty and Surety Company by eliminating the expenses incurred in connection with the settlement of the death claims, and as so modified affirmed, without costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint on the ground that the evidence is insufficient to show that the defendant knew or should have known, at the time of the inspection, that the tool marks were a source of danger; and upon the further ground that the evidence was insufficient to show that the proximate cause of the failure of the hub was due to such tool marks.— Settle order on notice. [170 Misc. 721.]

MARY McGLYNN, as Administratrix, etc., of JOSEPH A. McGLYNN, Deceased, v. ALLEN N. SPOONER AND SON, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN CRAWFORD KNOX, as General Guardian of the Minor Children of MAURICE MATTHYSSENS, for an Advance Payment on Account of Their Interest in the Estate of LENA SIDONIA LUCKEMEYER, Deceased. ANTON H. SCHEFER, as Sole Surviving Executor of Said Estate.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BETSY RITCHIE ARON v. HAROLD GUTHRIE ARON.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ETTA K. MICHAELSON v. TONY SARDU, Trading as CITY SEWING MACHINE Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series C-2 First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of National Mortgage Corporation, etc., for an Order Adjudicating that Said Petitioner, as Liquidator, etc., is Entitled to Share in the Trust Estate Equally with the Other Certificate Holders, etc. In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of THE NEW

YORK TRUST COMPANY, as Trustee for Holders of Certificates in Series N-106 of New York Title and Mortgage Company, etc. FRANK L. WEIL and Others. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., taking no part.

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER v. HAMILTON FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BROOKLYN GARDEN APARTMENTS, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 151.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JACOB ROSEN v. MASSACHUSETTS ACCIDENT COMPANY.— Motion for leave to appeal to the Court of Appeals granted. . [See ante, p. 873.] Settle order on notice. Present — Martin; P. J., O'Malley, Townley, Dore and Cohn, JJ.

DOROTHY C. BARTON v. CLIFFORD FRANK BARTON.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 941.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMAN GOLDSMITH v. KENNETH L. HICOCK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GLENS FALLS INSURANCE COMPANY v. CAROLINA FREIGHT CARRIERS CORPORATION and AKERS & HUDSON MOTOR LINES, INC.— Motion by defendant-appellant, Akers & Hudson Motor Lines, Inc., for leave to appeal to the Court of Appeals and for a stay, granted. [See ante, p. 881.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GLENS FALLS INSURANCE COMPANY v. CAROLINA FREIGHT CARRIERS CORPORATION and AKERS & HUDSON MOTOR LINES, INC.— Motion by defendant-appellant, Carolina Freight Carriers Corporation, for leave to appeal to the Court of Appeals granted. [See ante, p. 881.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JEAN GUY POSWICK, Also Known as GUY POSWICK, v. RULOFF E. CUTTEN and Others and EDWARD F. HUTTON and Others.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 218.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

EDWARD V. McGOVERN v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, First Avenue, East 125th Street and Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site by the Triborough Bridge Authority, and Approved by the Board of Estimate and Apportionment According to Law. BLUE RIDGE COAL CORP. and F. J. KERNER COAL CO., INC. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.